# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LINDA LEUCKEL | § | |
| | § | |
| V. | § | CASE NO. 4:10cv337 |
| | § | (Judge Schneider/Judge Mazzant) |
| SPAN, INCORPORATED | § | |

### ORDER

Pending before the Court is Plaintiff's Motion to Dismiss Affirmative Defenses (Dkt. #26).

On November 2, 2010, Defendant filed Defendant's First Amended Answer (Dkt. #29).

It is therefore **ORDERED** that Plaintiff's Motion to Dismiss Affirmative Defenses (Dkt. #26) is DENIED as moot.

**SIGNED this 10th day of November, 2010.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE